FILED

05/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0144

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0144

JACK WHITE,

    Plaintiff/Appellant,

v.

ARLENE M. HENNELLY, if alive, if deceased, and all unknown heirs, RUTH HILL, if alive, if deceased, and all unknown heirs; LORI BAKER-PATRICK, TREASURER OF BUTTE-SILVER BOW COUNTY, MONTANA; BUTTE-SILVER BOW, a municipal corporation and political subdivision of the State of Montana; THE DEPARTMENT OF REVENUE OF THE STATE OF MONTANA; THE STATE OF MONTANA; and all other persons, unknown, claiming or who might claim any right, title, estate or interest in or lien or encumbrance upon the real estate described in Plaintiff's Complaint, or any part thereof, adverse to Plaintiff's title thereto, whether such claim or possible claim be present or contingent, including any claim or possible claim of dower, inchoate or accrued,

    Defendants/Respondents.

**ORDER TO DISMISS**

PURSUANT to the Appellant's Motion to Dismiss with Prejudice filed with this Court, and for good cause appearing,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed with prejudice as fully settled upon its merits.

DATED this _____ day of May, 2023

**ORDER TO DISMISS**

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
May 17 2023